# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No:  SA CV 18-1430-DOC (KESx)　　　　　　　　　Date:  May 15, 2019

Title: HELEN XIONG V JEUNESSE GLOBAL, ET AL

---

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Deborah Lewman | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

---

**PROCEEDINGS (IN CHAMBERS):　　ORDER TO SHOW CAUSE RE LACK OF PROSECUTION**

　　On April 24, 2019 the Court issued an Order Granting Joint Stipulation to Set Deadline for Plaintiff to Amend Complaint and Set Briefing Schedule ("Order") (Dkt. 37). The deadline to file the Amended Complaint was May 6, 2019. To date, nothing has been filed.

　　Accordingly, the Court ORDERS plaintiff to e-file the Amended Complaint on or before **May 17, 2019.**

　　The Clerk shall serve this minute order on the parties.

MINUTES FORM 11　　　　　　　　　　　　　　　　　　　Initials of Deputy Clerk: djl
CIVIL-GEN